```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BLAS TORRES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 03-049-WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: October 6, 2008 |
| BLAS TORRES, ) | TIME: 8:30 a.m. |
| ) | JUDGE: Hon. William B. Shubb |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through ELLEN ENDRIZZI, Assistant U.S. Attorney, and defendant, BLAS TORRES by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the admit or deny hearing set for Monday, October 6, 2008 be continued to Monday, October 20, 2008 at 8:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review the allegations with the defendant and to continue investigating the facts of the case.

```
DATED: October 20, 2008        Respectfully submitted,
                               DANIEL J. BRODERICK
                               Federal Defender

                               /S/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               BLAS TORRES


DATED: October 20, 2008        McGREGOR W. SCOTT
                               United States Attorney


                               /s/ Benjamin Galloway for
                               ELLEN ENDRIZZI
                               Assistant U.S. Attorney
```

**O R D E R**

IT IS SO ORDERED.

DATED:   October 3, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE